Filed: February 11, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER
_____

No. 14-4179,    US v. George Adams
                5:12-cr-00351-F-8

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 03/04/2015

Supplemental response brief due : 03/04/2015

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Cathy Poulsen, Deputy Clerk